IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:13-CR-61 |
| | § | |
| RAYMOND EDWARD RUSS JR. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Defendant, Raymond Russ, moved to suppress incriminating evidence obtained during a search of his person, vehicle, and electronic email accounts resulting from an investigation for the sexual exploitation of a minor. Judge Hawthorn concluded that there was no unreasonable search and seizure, and therefore recommended that the motion to suppress be denied.

The parties have not objected to the magistrate judge's findings. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's Motion to Suppress (Docket No. 32) is **DENIED**.

**SIGNED** this the 5 day of **May, 2014.**

_____
Thad Heartfield
United States District Judge